JUDIAH ELLSWORTH, appellant, vs. LEWIS B. THOMPSON, respondent. —*Decree affirmed.* Submitted upon printed arguments and points. JUDIAH ELLSWORTH, appellant, in person; E. H. ROSEKRANS for respondent.

This was a case giving a construction to the 80th section of the title

of the Revised Statutes relative to writs of error and appeals; applying it to appeals from orders or decrees of the Court of Chancery, whether made by the chancellor or vice-chancellor.

Also, that a defendant in a foreclosure suit is not entitled to have set-off against the mortgage debt, an unliquidated claim for damages upon an injunction bond given after suit commenced. (Reported, 1 Barb. Ch. R. 624.)